UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO: CV-05-3058-EFS |
| vs. | ) |
| $40,000.00 U.S. CURRENCY, | ) Decree of Forfeiture |
| Defendant. | ) |

Plaintiff, United States of America, filed a Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> on June 29, 2005, alleging that the defendant property was subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

The above court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant property is described as follows:

> $40,000.00 U.S. currency, representing property involved in and traceable to violations of 18 U.S.C. 1343, wire fraud.

On June 29, 2005, in a Stipulation for Decree of Forfeiture between the United States and Skyline Potato Company, Inc.,(hereinafter, "Skyline") the United States and Skyline agreed to the forfeiture of $30,000.00 to settle this civil forfeiture case. Skyline agreed in said Stipulation for Decree of Forfeiture

Decree of Forfeiture - 1
Skyline FORF. Decree of Forf11.wpd

to the entry of a decree of forfeiture forfeiting the $30,000.00 to the United States of America, without notice or hearing.

It appearing to the Court that the United States and Skyline agreed, in the stipulation filed herein, to the forfeiture of $30,000.00 to settle this civil case;

It appearing to the Court that Skyline has provided the $30,000.00 in accordance with the Stipulation for Decree of Forfeiture;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the $30,000.00 is hereby forfeited to the United States;

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the $30,000.00 in accordance with law.

DATED this 1st day of July, 2005.


                                                s/ Edward F. Shea
                                                EDWARD F. SHEA
                                                United States District Judge

Presented by:

James A. McDevitt
United States Attorney


Robert A. Ellis
Assistant United States Attorney

Decree of Forfeiture - 2
Skyline FORF. Decree of Forf11.wpd